JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO ROBLEDI FUENTES MONZON,<br><br>        Plaintiff,<br><br>    v.<br><br>THE CHEFS' WAREHOUSE, INC. et al.,<br><br>        Defendants. | Case No. 2:24-cv-11224-SB<br><br>ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, Dkt. No. 17, this action is dismissed in its entirety without prejudice.

Date: February 21, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1